**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **BRANDON CONNER,** | **:** | |
| | **:** | |
| **Petitioner,** | **:** | |
| **v.** | **:** | **Case No. 4:26-cv-3-CDL-ALS** |
| | **:** | |
| **WARDEN CURTIS CLARK,** | **:** | |
| | **:** | |
| **Respondent.** | **:** | |
| _____ | **:** | |

**<u>ORDER</u>**

Pending before the Court are Petitioner's Objections to the non-dispositive order of

the United States Magistrate Judge directing Petitioner to amend his federal habeas corpus

petition and denying his emergency motion to compel production of a transcript (ECF No.

7).   Federal Rule of Civil Procedure 72(a) permits a party to object to a magistrate judge's

order resolving a "pretrial matter not dispositive of a party's claim or defense" within

fourteen days after being served with a copy of such order.   Fed. R. Civ. P. 72(a).   Where

a party objects, "[t]he district judge in the case must consider timely objections and modify

or set aside any part of the order that is clearly erroneous or is contrary to law."   *Id.*

Petitioner objects to the portion of the Magistrate Judge's order that directs him to

amend his Petition to include all claims he wishes to raise in this action without having

access to the transcript of the criminal proceedings against him.   ECF No. 7 at 1.   Petitioner

contends this is unfair because he could inadvertently waive claims about which he was

unaware prior to his review of the transcript.   *Id.*   Petitioner thus "requests the District

Judge modify the Order to allow the amendment to be filed *after* the transcript is made

available." *Id.*

At the same time he filed his Objections, Petitioner also filed two motions asking the Magistrate Judge to reconsider her order and to allow him to amend his Petition after he received any transcripts (ECF Nos. 8, 9). The Magistrate Judge granted these motions in part, providing Petitioner with an additional twenty-one days from the date he receives the Respondent's answer to either (1) amend his Petition or (2) file a renewed motion for a copy of any transcripts if Respondent's answer did not already include those copies. Because the Magistrate Judge has already granted Petitioner the relief he requests in his Objections, his Objections (ECF No. 7) are **DENIED as moot.**

**SO ORDERED**, this 18th day of February, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA